IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CHRISTINA DAUGHERTY, individually on her own behalf and individually and as parent and next of kin for minor child R.B., minor child J.Q., and minor child A.D., and AMANDA CALHOUN, individually,<br><br>　　　　Plaintiffs,<br><br>　　Vs.<br><br>DENVER LOGISTICS, LLC and NATIONAL INDEMNITY COMPANY<br><br>　　　　Defendants. | CIVIL ACTION NO.:<br>4:23-CV-00062-CDL |

**NOTICE OF SETTLEMENT**

COME NOW Defendants Denver Logistics, LLC, and National Indemnity Company, by and through their undersigned counsel, and provide notice the matter was settled via mediation on February, 8, 2024. The necessary documents to effectuate the settlement are in the process of being circulated and executed, and the matter will thereafter be dismissed with prejudice.

Respectfully submitted this 14th day of February, 2023.

1

**/s/ David N. Nelson**
Georgia Bar Number 537760
*Attorney for Defendants*
Chambless, Higdon, Richardson,
Katz & Griggs, LLP
Post Office Box 6378
Macon, Georgia 31208-6378
Phone: 478-745-1181
Fax:    478-746-9479
dnelson@chrkglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **February 14, 2024**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM-ECF participants:

Dustin T. Brown, Esq.
Crawford & Brown Law Firm, LLP
P.O. Box 31902
Columbus, GA 31902
dustin@crawfordandbrown.com
leslie@crawfordandbrown.com

Jefferson C. Callier, Esq.
The Callier Firm
1430 Wynnton Road
Columbus, GA 31906
calcallier@aol.com

Respectfully submitted, this 14th day of February, 2024.

/s/ **David N. Nelson**
Georgia Bar Number 537760
*Attorney for Progressive*
Chambless, Higdon, Richardson,
Katz & Griggs, LLP
Post Office Box 6378
Macon, Georgia 31208-6378
Phone: 478-745-1181
Fax:    478-746-9479
dnelson@chrkglaw.com